IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WYATT CONSTRUCTION, COMPANY, INC. | § § § | |
| V. | § § | CIVIL NO. 4:25-CV-1171-P |
| WILLOW CREEK BAPTIST, CHURCH | § § § | |

## ORDER RECOMMENDING DISMISSAL
## AND RETURNING CASE TO DISTRICT JUDGE

On October 17, 2025, Defendant Willow Park Church of Christ removed the above-styled and numbered action to this Court [doc. 1]. Subsequently, on October 22, 2025, the Court issued an order noting that because Plaintiff Wyatt Construction Company Inc. ("Wyatt") cannot proceed *pro se* in this litigation because a corporation can only appear in a court of record through an attorney. (Order Requiring Plaintiff Wyatt Construction Company Inc. to Obtain Counsel ("Order") at 1.) In that same Order, the Court stated that "Wyatt shall, no later than **November 12, 2025, obtain counsel**, who shall file a Notice of Appearance of Counsel with the clerk of this Court that contains the name, address, telephone and facsimile numbers, and signature of new counsel." (*Id.* (emphasis in original).) Further, the Court warned that "[f]ailure to timely comply with this order will result in the undersigned recommending dismissal of this action." (*Id.*) As of the date of this Order, Wyatt has wholly failed to comply with the Court's Order. Consequently, the Court **RECOMMENDS** that the above-styled and numbered case be **DISMISSED** for failing to comply with the Court's orders and failing to prosecute this case.

**NOTICE OF RIGHT TO OBJECT TO PROPOSED
FINDINGS, CONCLUSIONS AND RECOMMENDATION
AND CONSEQUENCES OF FAILURE TO OBJECT**

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

**ORDER**

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until December 4, 2025,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED November 20, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE